IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, KRISTIN JANE ROWSEY,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTIN JANE ROWSEY., | ) Case No.: CV 13-5627 RNB |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER |
| | ) AWARDING EAJA FEES |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY , | ) HON. ROBERT N. BLOCK |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

("EAJA") are awarded  in the amount of  FOUR THOUSAND SEVEN

HUNDRED DOLLARS ($4,700.00) as authorized by 28 U.S.C. § 2412(d), and

subject to the terms and conditions of the Stipulation.

DATED: June 25, 2014

_____

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE
JUDGE